JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARLON JAMES WALKWEK,, <br> Petitioner, <br> v. <br> ROBERT FOX, *Warden*, <br> Respondent. | Case No. LA CV 17-0370 JVS (JCG) <br> **JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED: March 21, 2017

_____
HON. JAMES V. SELNA
UNITED STATES DISTRICT JUDGE